```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT              *

          Plaintiff               *

     vs.                          *    CIVIL ACTION NO. MJG-99-1576

                                  *
CHAMPION PRODUCTS, INC
et al.
          Defendants              *

*    *    *    *    *    *    *    *    *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Plaintiff on liability issues and to Defendants on damages issues

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Frederick E. Bouchat and against Defendants:

   a. Determining that the Baltimore Ravens "Flying B Logo" used by Defendants infringed Plaintiff's copyright rights in a drawing created on or about December 5, 1995.

   b. Awarding Plaintiff no monetary recovery from Defendants.

2. The parties shall bear their own respective costs.

3. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

4.  This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Friday, 22 August, 2003</u>.


_____/ s /_____
Marvin J. Garbis
United States District Judge